**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01762-REB-BNB

9351 EASTMAN PARK DRIVE, LLC,

      Plaintiff,

v.

THE TRAVELERS INDEMNITY COMPANY,

      Defendant.

**ORDER OF DISMISSAL**

**Blackburn, J.**

      The matter is before me on the **Stipulated Motion To Dismiss With Prejudice** [#26] filed May 17, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulated Motion To Dismiss With Prejudice** [#26] filed May 17, 2011, is **GRANTED**;

      2.  That the Trial Preparation Conference set for October 7, 2011, is **VACATED**;

      3.  That the jury trial set to commence October 31, 2011, is **VACATED**; and

      4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated May 18, 2011, at Denver, Colorado.

      **BY THE COURT:**

      *Bob Blackburn*
Robert E. Blackburn
United States District Judge